# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY L.,[1]<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:18-cv-03885-ODW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. Further, the Court has engaged in a de novo review of those portions of the Report to which objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

///

///

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

IT IS HEREBY ORDERED that Judgment shall be entered reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings consistent with the Report and Recommendation.

DATED: 8/29/2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE